From: Vincent Marquez #04B3398
Collins Corr. Facility
P.O. Box 340
Collins, N.Y. 14034-0340

U.S. DISTRICT COURT
N.D. OF N.Y.
FILED

APR 17 2007

LAWRENCE K. BAERMAN, Clerk
UTICA

To: David N. Hurd
U.S. District Judge

Case #: 9:06-CV-1525

Dear Mr. Hurd:

    I am writing to inform you that even if I proceed as a poor person I will eventually have to pay the $350.00 filing fee. I had read in some place - can't recall where - that if I proceed as a poor person I would only be charged $50.00 fee. The reason I put the in forma pauperis application is because I can't pay the whole $350.00 fee. I would appreciate if you dismiss the case because I can't pay the fee the court is asking.

    Sorry to bother you and thank you for your time.

Respectfully,

Vincent Marquez
#04B3398
Pro Se

So Ordered:

David N. Hurd
United States District Judge

Dated: 4-17-07
Utica, New York